No. 84–2009.   DEL MONTE CORP. ET AL. *v.* BLAU ET AL. C. A. 9th Cir.   Motion of Organization Resources Counselors, Inc., for leave to file a brief as *amicus curiae* granted.   Certiorari denied.

No. 84–2035.   YORK ET AL. *v.* FIRST PRESBYTERIAN CHURCH OF ANNA, ILLINOIS, ET AL.   App. Ct. Ill., 5th Dist.   Motion of petitioners to consolidate this case with No. 85–10, *Presbytery of Beaver-Butler* v. *Middlesex Presbyterian Church, infra,* denied.   Certiorari denied.